1

2          UNITED STATES DISTRICT COURT

3          EASTERN DISTRICT OF WASHINGTON

4

5   LEE E. WEILEP,                    )
                                      )
6              Plaintiff,             )
                                      )        NO.  CV-09-48-CI
7        vs.                          )
                                      )        **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,                )          **CIVIL CASE**
    Commissioner of Social Security,  )
9                                     )
               Defendant.             )
10                                    )
                                      )
11  _____  )

12       **DECISION BY THE COURT:**

13       This action came to hearing before the court.  The issues have been heard

14  and a decision has been rendered.

15       **IT IS ORDERED AND ADJUDGED** that:

16       Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17  Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18       DATED this 25th  day of January, 2010.

19                              JAMES R. LARSEN
                                District Court Executive/Clerk
20

21

22                              by: _____
                                       Deputy Clerk
23

24

25

26  cc: all counsel